IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 1:21-cv-632

| | |
|---|---|
| PAMELA WARDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION OF DISMISSAL** |
| v. | ) |
| | ) |
| HARTFORD LIFE AND ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

It is hereby stipulated by all parties that this lawsuit be dismissed, with prejudice, as against Defendant pursuant to Rule 4l(a) of the Federal Rules of Civil Procedure. Each party shall bear its own fees and costs.

Jointly submitted this the 10th day of February, 2022.

/s/ Gemma L. Saluta (*with permission*)
GEMMA L. SALUTA
WOMBLE BOND DICKINSON, LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone: (336) 721-3600
Facsimile:  (336) 721-3660
Email:  Gemma.Saluta@wbd-us.com

*Attorneys for Defendant*

/s/ John K. Koontz
JOHN K. KOONTZ (22156)
DAGGETT SHULER,
ATTORNEYS AT LAW
2140 Country Club Road
Winston-Salem, NC 27104
Telephone:  (336) 724-1234
Facsimile:   (336) 724-6111
E-mail: jkoontz@daggettshulerlaw.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing **STIPULATION OF DISMISSAL** using the CM/ECF system, which will automatically give notice by electronic means to the following attorneys of record:

GEMMA L. SALUTA
WOMBLE BOND DICKINSON, LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone: (336) 721-3600
Facsimile:  (336) 721-3660
Email:  Gemma.Saluta@wbd-us.com

*Attorneys for Defendant*


This the 10th day of February, 2022.

    /s/ John K. Koontz
JOHN K. KOONTZ (22156)
*Attorneys for Plaintiff*
DAGGETT SHULER,
ATTORNEYS AT LAW
2140 Country Club Road
Winston-Salem, NC 27104
Telephone:  (336) 724-1234
Facsimile:   (336) 724-6111
E-mail: jkoontz@daggettshulerlaw.com