| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:21-CV-632 |
|---|---|
| Name of Plaintiff(s):<br>PAMELA WARDEN<br>**VERSUS**<br>Name of Defendant(s):<br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | **REPORT**<br>**OF**<br>**MEDIATOR**<br>*(For Placement on the CM/ECF Docket)* |
| Mediator Name: CALVIN B. BENNETT III | |
| Telephone No: 919.844.3989 | ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |
| E-Mail Address: CAL@BENNETT-LAW.COM | |

RECEIVED In This Office FEB 04 2022 CLERK U.S. DISTRICT COURT GREENSBORO, N.C.

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:
☒ was held on 1/24/22 - 1/31/22 (FINAL RELEASE) _____ (date)
☐ was NOT held because _____

2. **Attendance**
☒ No objection was made on the grounds that any required attendee was absent.
☐ Objection was made by _____

3. **Outcome**
☒ Complete settlement of the case
☐ Conditional settlement or other disposition
☐ Partial settlement of the case
☐ Recess (*i.e.*, mediation to be resumed at a later date)
☐ Impasse
☐ Additional Information: _____

4. **Settlement Filings.**
(a) The document(s) to be filed to effect the settlement are _____
VOLUNTARY DISMISSAL WITH PREJUDICE
(b) The person responsible for filing the document(s) is PLAINTIFF'S COUNSEL
(c) The agreed deadline for filing the document(s) is 30 DAYS FROM FINAL RELEASE

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

_____  2/1/22
Mediator Signature          Date